COURT
OF APPEALS

                  SECOND
DISTRICT OF TEXAS

                         FORT
WORTH

 

                                        NO.
2-05-163 -CV

 

GRADY
ALLEN DAVIS                                                          APPELLANT

 

                                                   V.

 

STATE
OF TEXAS                                                                  APPELLEE

                                               ----------

             FROM
THE 158TH DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s
request to dismiss the appeal.  It is the
court's opinion that the request should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL D: GARDNER, WALKER,
and MCCOY, JJ.

 

MCCOY, J., dissents
without opinion.[2]     

 








DELIVERED: September 29,
2005











[1]See Tex. R. App. P. 47.4.





[2]McCoy, J., would
interpret Appellant=s request as a motion to
abate and abate the appeal for five years.